IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:07CR25

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER CURTIS EATON.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Reconsider Order of Detention. Having considered defendant's Motion to Reconsider Order of Detention and reviewed the pleadings, and while counsel states that such motion is based on the discovery of new evidence and that the government consents to a hearing, counsel does not describe what evidence defendant has secured.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Reconsider Order of Detention is **DENIED** without prejudice as to filing a new motion with an appropriate proffer.

Signed: December 11, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge